# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 5, 2022

**VIA CM/ECF**
Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20B
New York, NY 10007

Per the Court's Reassignment Order, dated September 22, 2022, all previously-scheduled conferences, including the Initial Conference, were adjourned without date. ECF No. 8. Accordingly, there is no Initial Conference currently scheduled while the parties discuss settlement. The parties shall comply with all other deadlines as set forth on ECF.

SO ORDERED

Dated: December 5, 2022
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:   **Reyes v. Happy Wok 168 Inc., d/b/a Yang's Happy Wok, et al
Case 1:22-cv-07121-JLR**

Dear Judge Rochon:

The Initial Pretrial Conference in this matter is currently scheduled for December 8, 2022, at 11:00 a.m., in your Honor's Courtroom. However, though the Defendants recently appeared, the parties will be meeting and conferring regarding early settlement discussions, per Order [D.E. 10], on December 6th. Depending on the outcome, the parties will move to select an alternative dispute resolution method or reschedule the Initial Pretrial Conference.

The parties, therefore, respectfully request an adjournment of the Conference until the parties select a settlement venue, or in the alternative, 30-day adjournment of the Conference.

Thank you for your consideration of this first adjournment request by the parties

Respectfully submitted,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    Attorneys for Plaintiff

By: /S/ Robert W. Wong
    Robert W. Wong, Esq.
    Fong & Wong and Wu, PLLC
    802 64th Street, #2A
    Brooklyn, NY 11220
    Telephone: (718) 567-8888
    Facsimile: (718) 567-8883
    Email: rwong@fwwlawyers.com
    Attorneys for Defendants